UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAEL COLLOP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-1513-B |
| | § | |
| ONE TECHNOLOGIES, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Second Motion and Brief for Voluntary Dismissal (doc. 25). Having considered the Motion, the Court finds it should be and hereby is **GRANTED** (doc. 25). Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Accordingly, the Court finds Plaintiff's claims against Defendant should be **DISMISSED with prejudice.**

SO ORDERED.

DATED March 4, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE